FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 29  AM 11: 06

LORETTA G. WHYTE
         CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRIAN A. AUTHEMENT** | * | C.A. NO.: 05-1423 |
| **Plaintiff** | * | |
| | * | SECTION "K" |
| versus | * | |
| | * | MAGISTRATE 1 |
| **SCHOONER PETROLEUM SERVICES, INC.** | * | |
| **WOOD GROUP PRODUCTION SERVICES** | * | |
| **MANAGEMENT, INC. SPINNAKER** | * | |
| **EXPLORATION COMPANY, L.L.C., and** | * | |
| **WALTER McDOUGLE** | * | |
| **Defendants** | * | |

*********************************************************************

### ORDER

Considering the foregoing Motion of Dismissal;

**IT IS ORDERED** that the Third Party Complaint of Spinnaker Exploration Company, L.L.C. and Walter McDougle against Environmental Safety & Health Consulting Services, Inc. and American International Specialty Lines Insurance Company, be and the same is hereby dismissed, with prejudice.

New Orleans, Louisiana, this 28th day of August, 2006.

_____
HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____