UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRIAN A. AUTHEMENT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-1423** |
| **SCHOONER PETROLEUM SERVICES, INC.** | **SECTION "K"(1)** |

### ORDER

As the consolidated case bearing Civil Action No. 06-2416 has been compromised,

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 139) is **DISMISSED as MOOT.**

New Orleans, Louisiana, this __6th__ day of August, 2007.

```
                                        STANWOOD R. DUVAL, JR.
                                  UNITED STATES DISTRICT COURT JUDGE
```