G0600-016

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN A. AUTHEMENT | CIVIL ACTION |
| VERSUS | NO. 05-1423<br>C/W 06-2416 & 06-10507 |
| SCHOONER PETROLEUM SERVICES, INC.<br>WOOD GROUP PRODUCTION SERVICES<br>MANAGEMENT, INC., SPINNAKER<br>EXPLORATION COMPANY, L.L.C., AND<br>WALTER MCDOUGLE | SECTION "K"<br><br>MAGISTRATE "1" |

### ORDER

IT IS THE ORDER OF THE COURT that the motion of defendants, Shamrock Management, L.L.C. and Atlantic Insurance Company, for leave to file the Second Motion of Shamrock and AIC for Summary Judgment in Civil Action No. 06-10507, be, and the same is hereby _____GRANTED_____.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
JUDGE

3