G0600-016

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRIAN A. AUTHEMENT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-1423** |
| | **C/W 06-2416 & 06-10507** |
| **SCHOONER PETROLEUM SERVICES, INC.** | |
| **WOOD GROUP PRODUCTION SERVICES** | **SECTION "K"** |
| **MANAGEMENT, INC., SPINNAKER** | |
| **EXPLORATION COMPANY, L.L.C., AND** | **MAGISTRATE "1"** |
| **WALTER MCDOUGLE** | |

## ORDER

**IT IS THE ORDER OF THE COURT** that the Motion of Defendants, Shamrock

Management, L.L.C. ("Shamrock") and Atlantic Insurance Company ("AIC"), for leave to

redesignate the Second Motion of Defendants, Shamrock and AIC, for Summary Judgment

in Civil Action No. 06-10507 (Doc. 185), filed on August 10, 2007, as Motion of

Defendants, Shamrock and AIC, for Reconsideration of Motion for Summary Judgment in

Civil Action No. 06-10507, be, and the same is hereby _____ GRANTED _____.

New Orleans, Louisiana, this 20th day of _____ August _____, 2007.

_____

JUDGE

3