| | |
|---|---|
| BRIAN A. AUTHEMENT | CIVIL ACTION |
| VERSUS | NO. 05-1423<br>C/W 06-2416 & 06-10507 |
| | <u>APPLIES TO 06-2416<br>ONLY</u> |
| SCHOONER PETROLEUM SERVICES, INC.<br>WOOD GROUP PRODUCTION SERVICES<br>MANAGEMENT, INC., SPINNAKER<br>EXPLORATION COMPANY, L.L.C., AND<br>WALTER MCDOUGLE | SECTION "K"<br><br>MAGISTRATE "1" |

## <u>ORDER OF DISMISSAL OF CIVIL ACTION NO. 06-2416</u>

Considering the Joint Motion of plaintiffs and cross defendants, CERTAIN UNDERWRITERS SUBSCRIBING TO INSURANCE AS SET FORTH IN JOHN L. WORTHAM & SONS, L.L.P. POLICY NOS. JLW003054, JLW003055, JLW003056 & JLWCTF2817, HYDRO GULF OF MEXICO, L.L.C.(f/k/a SPINNAKER EXPLORATION, L.L.C.) and FOREST OIL CORPORATION (f/k/a THE HOUSTON EXPLORATION COMPANY), and defendants and cross plaintiffs, ENVIRONMENTAL SAFETY AND HEALTH CONSULTING SERVICES, INC.,WOOD GROUP PRODUCTION SERVICES MANAGEMENT, INC. (a/k/a WOOD GROUP), SCHOONER PETROLEUM SERVICES, INC., and SHAMROCK MANAGEMENT, L.L.C., to dismiss,

**IT IS ORDERED, ADJUDGED AND DECREED** that Civil Action Number 06-2416, be, and the same is hereby **DISMISSED WITH PREJUDICE,** with each party bearing its own costs.

New Orleans, Louisiana, this 17th day of December, 2007.

_____
Stanwood R. Duval, Jr.
United States District Judge